UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | M.B.D. NO. |
| ) | |
| ROMEO DISTASIO ) | 04MBD 10199 |

JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

Defendant Romeo Distasio ("Distasio") is currently charged by way of complaint in 04-01078-JGD with misappropriation of postal funds in violation of 18 U.S.C. §1711  Herein, the parties jointly move to exclude 45 days from the time within which the government would otherwise have to obtain an indictment or file an information.  Distasio first appeared before Magistrate Judge Dein on June 17, 2004.  Distasio was released on conditions by agreement of the parties.  Preliminary discussions have already begun in an effort to resolve this criminal proceeding by agreement of the parties.  It is expected that the 45-day exclusion, commencing on July 13, 2004, and expiring on August 27, 2004, will permit the parties to reach such an agreement before the government is required to or inclined to seek an indictment.

Herein, both parties move, under 18 U.S.C. §3161(h)(8)(A), and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion

outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the requested 45 days in computing the time within which an information or an indictment must be filed under 18 U.S.C. §3161(b).

|  |  | Respectfully Submitted, |
|---|---|---|
| Romeo Distasio<br>By His Attorney<br><br>/s/ Sean Delaney (WHC)<br>Sean Delaney<br>Attorney for Defendant<br>(978) 454-8103 | By: | MICHAEL J. SULLIVAN<br>United States Attorney<br><br>/s/ William H. Connolly<br>WILLIAM H. CONNOLLY<br>Assistant U.S. Attorney<br>(617) 748-3174 |

July 13, 2004